# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of May, two thousand and fourteen,

| | |
|---|---|
| In the Matter of the Complaint of MS "Angeln" GMBH &Co. KG and Angeln Shipping Company Ltd., as Owner and Bareboat Charterer of the M/V Angeln, for Exoneration from or Limitation of Liability, | **ORDER**<br>Docket No: 14-1427 |

  Intervenor-Plaintiff-Counter-Defendant-Counter-Claimant - Appellant,

HDI-Gerling Industrie Versicherung AG, SIGNAL IDUNA Allgemeine Versicherungs AG, Hamburg, Wurttembergische Und Badische Versicherungs-Aktiengesellschaft, Allianz Global Corporate & Specialty Versicherungs-Aktiengesellschaft, Assikurazioni Generali S.p.A, Lloyds Syndicate, Chaucer, Reaal Verzekeringen, Rotterdam, Gothaer Allgemeine Versicherung AG, Basler Securitas VAG, Bremen, AMLIN Syndicate 2001 at Lloyd's under Limited Binder JGC 084400, Schwarzmeer und Ostsee Versicherungs-Aktiengesellschaft SOVAG, Victoria Versicherung AG, Hamburg,

  Intervenor-Plaintiffs - Appellants,

Catlin Insurance Company (UK) Limited,

  Claimant-Third-Party-Plaintiff,

United Insurance Company Limited, , Mitsui O.S.K. Lines, Ltd.,

  Claimants-Counter-Claimants,

PS International Ltd., Certain Underwriters at Lloyds of London, Panalpina, Inc.

  Claimants,

v.

Bernuth Lines Ltd.,

    Intervenor-Defendant-Fourth-Party-Plaintiff-Third-Party-Defendant-Counter-Claimant-Cross-Defendant-Counter-Defendant - Appellee,

Bernuth Agencies, Inc.,

    Interested Party-Counter-Defendant - Appellee,

MSC Mediterranean Shipping Company S.A.,

    Claimant-Cross-Claimant-Coundter-Defendant - Appellee,

Millenium Inorganic Chemicals, Inc., M/S Engees, N.V., Sueinder Birbhajan,

    Counter-Claimants,

Brise Bereederung Hamburg GmbH & Co. KG,

    Fourth-Party-Defendant.

_____

    Counsel for APPELLANTS AMLIN Syndicate 2001 at Lloyd's under Limited Binder JGC 084400, Allianz Global Corporate & Specialty Versicherungs-Aktiengesellschaft, Assikurazioni Generali S.p.A, etc. has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 8, 2014 as the brief filing date.

    It is HEREBY ORDERED that Appellants' brief must be filed on or before August 8, 2014. The appeal is dismissed effective August 8, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                       For The Court:

                                                       Catherine O'Hagan Wolfe,
                                                       Clerk of Court

