# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand fourteen,

| | |
|---|---|
| In the Matter of the Complaint of MS "Angeln" GMBH &Co. KG and Angeln Shipping Company Ltd., as Owner and Bareboat Charterer of the M/V Angeln, for Exoneration from or Limitation of Liability, | **ORDER**<br>Docket No. 14-1427 |

      Intervenor-Plaintiff-Counter-Defendant-Counter-Claimant - Appellant,

HDI-Gerling Industrie Versicherung AG, SIGNAL IDUNA Allgemeine Versicherungs AG, Hamburg, Wurttembergische Und Badische Versicherungs-Aktiengesellschaft, Allianz Global Corporate & Specialty Versicherungs-Aktiengesellschaft, Assikurazioni Generali S.p.A, Lloyds Syndicate, Chaucer, Reaal Verzekeringen, Rotterdam, Gothaer Allgemeine Versicherung AG, Basler Securitas VAG, Bremen, AMLIN Syndicate 2001 at Lloyd's under Limited Binder JGC 084400, Schwarzmeer und Ostsee Versicherungs-Aktiengesellschaft SOVAG, Victoria Versicherung AG, Hamburg,

      Intervenor-Plaintiffs - Appellants,

Catlin Insurance Company (UK) Limited,

      Claimant-Third-Party-Plaintiff,

United Insurance Company Limited, , Mitsui O.S.K. Lines, Ltd.,

      Claimants-Counter-Claimants,

PS International Ltd., Certain Underwriters at Lloyds of London, Panalpina, Inc.

      Claimants,

v.

Bernuth Lines Ltd.,

    Intervenor-Defendant-Fourth-Party-Plaintiff-Third-Party-Defendant-Counter-Claimant-Cross-Defendant-Counter-Defendant - Appellee,

Bernuth Agencies, Inc.,

    Interested Party-Counter-Defendant - Appellee,

MSC Mediterranean Shipping Company S.A.,

    Claimant-Cross-Claimant-Coundter-Defendant - Appellee,

Millenium Inorganic Chemicals, Inc., M/S Engees, N.V., Sueinder Birbhajan,

    Counter-Claimants,

Brise Bereederung Hamburg GmbH & Co. KG,

    Fourth-Party-Defendant.

_____

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

    The stipulation is hereby "So Ordered".


For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

